IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:21CR97 |
| vs. | ) | |
| LUIS LAZO-ESCOBAR, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the defendant, Luis Lazo-Escobar's Unopposed Motion to Continue Trial [37].  The defendant is serving a state sentence, requires an interpreter, and has reached an agreement with the government to resolve the case but requires additional time to complete plea paperwork.  For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [37] is granted, as follows:

1. The jury trial now set for February 28, 2022, is continued to **April 4, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 4, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted absent extraordinary circumstances and only after requesting a hearing before the undersigned magistrate judge.**

4. The Final Trial Order [36] is vacated.

**DATED:  February 21, 2022.**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**