IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS LAZO-ESCOBAR,<br><br>Defendant. | 8:21-CR-97<br><br>PRELIMINARY ORDER OF FORFEITURE |

This matter is before the before the Court upon the Government's Motion for Preliminary Order of Forfeiture, Filing 53, regarding $12,100.00 in United States currency. The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. Defendant Luis Lazo-Escobar has pleaded guilty to Count I of an Indictment and agreed to forfeit his interest in the $12,100.00 in United States currency. Filing 52; Filing 46 (Text Minute Entry).

2. Count I charged Defendant with being a felon in possession of a firearm and ammunition in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

3. In the plea agreement, Defendant agreed to plead guilty to Count I and to forfeit $12,100.00 in United States currency. Filing 52 at 1.

4. There is a nexus between the $12,100.00 and the Defendant's offense. *See* Fed. R. Crim. P. 32.2(b)(1)(A).

1

5. By virtue of said plea of guilty, Defendant has forfeited his interest in the subject currency. Accordingly, the United States should be entitled to possession of said currency pursuant to 18 U.S.C. § 924(d)(1).

6. The Motion for Preliminary Order of Forfeiture should be granted. Accordingly,

IT IS ORDERED:

1. The Motion for Preliminary Order of Forfeiture is, Filing 53, granted.

2. Based on the plea agreement, the United States is hereby authorized to seize the $12,100.00 in United States currency.

3. Defendant's interest in the $12,100.00 in United States currency is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions 18 U.S.C. § 924(d)(1) and Federal Rule of Criminal Procedure 32.2.

4. The United States shall hold the currency in its secure custody and control.

5. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(6), the United States shall publish notice of this Preliminary Order of Forfeiture for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have an interest in the currency.

6. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(6), such notice shall provide that any person, other than the defendants, having or claiming a legal interest in any of the property must file a petition with this Court within 30 days of the final publication of notice or of receipt of actual notice, whichever is earlier.

7. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(6) and Supplemental Rule G(5) of the Federal Rules of Civil Procedure, a petitioner must sign the petition under penalty of perjury and set forth the nature and extent of the petitioner's right, title or interest in the property and any additional facts supporting the petitioner's claim and the relief sought.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Federal Rule of Criminal Procedure 32.2(c)(2) in which all interests will be addressed.

Dated this 12th day of April, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge