IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS LAZO-ESCOBAR,<br><br>Defendant. | 8:21-CR-97<br><br>**FINAL ORDER OF FORFEITURE** |

This matter is before the Court upon the Government's Motion for Final Order of Forfeiture. Filing 59. The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On April 12, 2023, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant's interest in $12,100.00 in United States currency. Filing 54.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on April 15, 2023, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on June 16, 2023. Filing 58.

3. The Government advises the Court that no party has filed a petition regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

4. The Motion for Final Order of Forfeiture should be granted. Accordingly,

IT IS ORDERED:

1. The Government's Motion for Final Order of Forfeiture, Filing 59, is granted;

2. All right, title and interest in and to the $12,100.00 taken from Defendant, held by any person or entity are forever barred and foreclosed.

3. The $12,100.00 in United States currency is forfeited to the Government.

4. The Government is directed to dispose of that currency in accordance with law.

Dated this 21st day of June, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge